United States District Court
For the Northern District of California

1
2
3
4
5
6
7                        IN THE UNITED STATES DISTRICT COURT
8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                  SAN JOSE DIVISION
10   Deutsche Bank Nat'l Trust Co.,              NO. C 10-02892 JW
11                       Plaintiff,              **ORDER VACATING CASE**
         v.                                      **MANAGEMENT CONFERENCE**
12
     Debora Aburto Cuevas, et al.,
13
                         Defendants.
14   _____/
15
16          This case is scheduled for a Case Management Conference on October 18, 2010.  Plaintiff
     has filed a Motion to Remand currently set for hearing on November 22, 2010.  (See Docket Item
17
     No. 11.)  In light of Plaintiff's pending dispositive Motion, the Court finds that a Case Management
18
     Conference would be premature at this time.
19
            Accordingly, the Court VACATES the October 18 Conference.  The Court will set a new
20
     Case Management Conference date in its Order addressing Plaintiff's pending Motion to Remand, if
21
     necessary.
22
23
     Dated:  October 13, 2010
24                                              JAMES WARE
                                                United States District Judge
25
26
27
28

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Randall David Naiman Randall@Naimanlaw.com

3  Debora Aburto Cuevas
   Josefina Cuevas Aburto
4  342 Laswell Avenue
   San Jose, CA 95128
5

6  **Dated:  October 13, 2010**                    **Richard W. Wieking, Clerk**

7
8                                                  **By:____/s/ JW Chambers_____**
                                                   **Elizabeth Garcia**
9                                                  **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28